# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF PUERTO RICO

# Minute Entry

## Hearing Information:

**Debtor**: LIONEL VAZQUEZ CRUZ
**Case Number**: 10-02933-MCF13  **Chapter**: 13
**Date / Time / Room**: 9/16/2010 9:30 AM
**Bankruptcy Judge**: MILDRED CABAN FLORES
**Courtroom Clerk**: IVONNE CANALES
**Reporter / ECR**: JOSE GRAZIANI

## Matter:

CONFIRMATION HEARING OF PLAN DATED 4/9/2010 (#2)
OPPOSITION TO CONFIRMATION FILED BY ASUME (#15)

## Appearances:

ALEJANDRO OLIVERAS RIVERA
MADELINE SOTO PACHECO

## Proceedings:

**ORDER:**

\_\_\_ Plan dated _____ [Dkt #\_\_\_] \_\_\_CONFIRMED \_\_\_NOT CONFIRMED \_\_\_LBR 3015-2(h)

Atty.'s Fees: $_____

\_\_\_ Movant's application to withdraw motion is hereby granted. Re: Docket No. \_\_\_\_\_

\_\_\_ Upon debtor[s]' failure to: \_\_\_ to appear at the 341 meeting of creditors, \_\_\_ make current payments to the Chapter 13 trustee, \_\_\_ appear at the hearing on confirmation, it is now ordered that the instant petition be and it is hereby dismissed.

The trustee is awarded $100.00 costs, \_\_\_ balance up to balance of fee to debtor[s]' attorney.

\_\_\_ Debtor[s]' request for conversion to Chapter 7 is hereby granted. \_\_\_ The $25.00 conversion fee shall be paid to the Clerk from the funds held by the Chapter 13 trustee. The Chapter 13 trustee is awarded $100.00 costs.

\_\_\_ Debtor[s]' request for dismissal is hereby granted. The Chapter 13 trustee is awarded $100.00 costs.

\_\_\_There being no opposition, debtor[s]' request to set aside dismissal order [Docket # \_\_\_] is hereby granted.

\_\_\_ The parties are granted \_\_\_ days to file a settlement agreement.

✓ Hearing on Confirmation/Contested Matter is continued to: 12/22/10 at 9:30 A.M.

\_\_\_ Deadline to Object to Confirmation of the Plan: Objections must be filed no later than fourteen (14) days prior to the hearing on confirmation as per P.R. L.B.R. 3015-2(e)(1).

\_\_\_Other:

/S/MILDRED CABAN FLORES
U.S. Bankruptcy Judge