# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF PUERTO RICO

# Minute Entry

## Hearing Information:

**Debtor:** LIONEL VAZQUEZ CRUZ
**Case Number:** 10-02933-MCF13  **Chapter:** 13
**Date / Time / Room:** 9/16/2010 9:30 AM
**Bankruptcy Judge:** MILDRED CABAN FLORES
**Courtroom Clerk:** IVONNE CANALES
**Reporter / ECR:** JOSE GRAZIANI

## Matter:

CONFIRMATION HEARING OF PLAN DATED 4/9/2010 (#2)
OPPOSITION TO CONFIRMATION FILED BY ASUME (#15)

## Appearances:

ALEJANDRO OLIVERAS RIVERA
MADELINE SOTO PACHECO

## Proceedings:

**ORDER:**

\_\_\_ Plan dated _____ [Dkt # \_\_\_ ] \_\_\_CONFIRMED \_\_\_ NOT CONFIRMED \_\_\_LBR 3015-2(h)

Atty.'s Fees: $_____

\_\_\_ Movant's application to withdraw motion is hereby granted. Re: Docket No. \_\_\_\_\_

\_\_\_ Upon debtor[s]' failure to: \_\_\_ to appear at the 341 meeting of creditors, \_\_\_ make current payments to the Chapter 13 trustee, \_\_\_ appear at the hearing on confirmation, it is now ordered that the instant petition be and it is hereby dismissed.

The trustee is awarded $100.00 costs, \_\_\_ balance up to balance of fee to debtor[s]' attorney.

\_\_\_ Debtor[s]' request for conversion to Chapter 7 is hereby granted. \_\_\_ The $25.00 conversion fee shall be paid to the Clerk from the funds held by the Chapter 13 trustee. The Chapter 13 trustee is awarded $100.00 costs.

\_\_\_ Debtor[s]' request for dismissal is hereby granted. The Chapter 13 trustee is awarded $100.00 costs.

\_\_\_There being no opposition, debtor[s]' request to set aside dismissal order [Docket # \_\_\_ ] is hereby granted.

\_\_\_ The parties are granted \_\_\_ days to file a settlement agreement.

✓ Hearing on Confirmation/Contested Matter is continued to: 12/22/10 at 9:30 A.M.
Deadline to Object to Confirmation of the Plan: Objections must be filed no later than fourteen (14) days prior to the hearing on confirmation as per P.R. L.B.R. 3015-2(e)(1).

\_\_\_Other:

/S/MILDRED CABAN FLORES
U.S. Bankruptcy Judge

# CERTIFICATE OF NOTICE

```
District/off: 0104-2          User: canalesi           Page 1 of 1              Date Rcvd: Oct 04, 2010
Case: 10-02933                Form ID: pdf003          Total Noticed: 1
```

The following entities were noticed by first class mail on Oct 06, 2010.
```
db           +LIONEL VAZQUEZ CRUZ,   URB GLENVIEW GARDENS,   CALLE W 22  B  S37,    PONCE, PR 00730-1655
```
The following entities were noticed by electronic transmission.
NONE.                                                                                        TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 06, 2010**                         **Signature:**       *Joseph Speetjens*